UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

TRAVIS BEARD,

    Plaintiff,

vs.                              CASE NO.: 2:22-cv-02072

THE KROGER CO.,

    Defendant.                      /

## PLAINTIFF'S NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, TRAVIS BEARD, by and through his undersigned counsel and gives notice that this matter was amicably resolved. The parties will be exchanging settlement documents and will be dismissing the case timely.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed using the CM/ECF filing system, which I understand will send a notice of electronic filing to all parties of record this 28th day of September, 2022.

                                                    */s/ MATTHEW GUNTER*
                                                    Matthew R. Gunter, Esq.
                                                    Bar No. 0077459
                                                    Morgan & Morgan, PA
                                                    20 N Orange Ave., Ste. 1600
                                                    Orlando, FL 32801
                                                    Telephone: (407) 420-1414
                                                    Facsimile: (407) 867-4791
                                                    Email: mgunter@forthepeople.com
                                                    *Attorneys for Plaintiff*